**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7399**

LARNETTE M. WESTBROOK,

                Petitioner - Appellant,

     v.

UNITED STATES OF AMERICA,

                Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:09-cv-00047-IMK-JSK)

Submitted:  December 17, 2009     Decided:  December 29, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larnette M. Westbrook, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larnette M. Westbrook, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Westbrook v. United States, No. 1:09-cv-00047-IMK-JSK (N.D.W. Va. June 18, 2009). We also deny Westbrook's motion for general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED